Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:   (650) 965-8731
Facsimile:   (650) 989-2131

Attorney for Plaintiff,
LegalForce RAPC Worldwide P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>              Plaintiff,<br><br>     v.<br><br>LEGALFORCE, INC., a Japanese corporation,<br><br>              Defendant. | Case No. : 3:22-cv-03724-TLT<br><br>[PROPOSED] ORDER ON TIMING OF EARLY NEUTRAL EVALUATION<br><br><br>Date:       January 10, 2023<br>Time:       2 P.M.<br>Dept.:      Courtroom 9<br>Judge:     Honorable Trina L. Thompson |

The Court grants an extension to the Parties to complete the early neutral evaluation until March 15, 2023.

**IT IS SO ORDERED.**

DATED: December 7, 2022~~2023~~

Honorable Trina L. Thompson
United States District Judge