# Exhibit 1



CONFIDENTIAL

# Transcript of Nozomu Tsunoda

**Date:** January 26, 2023
**Case:** Legalforce RAPC Worldwide -v- Legalforce, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4   - - - - - - - - - - - - - - - - x

5   LEGALFORCE RAPC WORLDWIDE, P.C.,   :

6          Plaintiff,                  :

7     v.                               : Case No.

8   LEGALFORCE, INC., a Japanese       : 3:22-cv-03724-TLT

9   corporation,                       :

10         Defendant.                  :

11  - - - - - - - - - - - - - - - - x

12

13

14                 CONFIDENTIAL

15

16               Deposition of

17              NOZOMU TSUNODA

18               Tokyo, Japan

19          Thursday, January 26, 2023

20      10:16 a.m. Japan Standard Time (UTC+9)

21

22

23  Job No.:  478533

24  Pages:  1 - 75

25  Reported By:  M. Allred, RPR

CONFIDENTIAL
Transcript of Nozomu Tsunoda
January 26, 2023                                    2

```
1            Deposition of NOZOMU TSUNODA, conducted at

2     the offices of:

3

4          U.S. EMBASSY IN JAPAN - TOKYO

5          1-10-5 Akasaka

6          Minato-ku, Tokyo 107-8420

7          Phone:  +81-03-3224-5000

8

9

10           Pursuant to notice, before M. Allred,

11    Registered Professional Reporter.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL
Transcript of Nozomu Tsunoda
January 26, 2023                                    3

```
1              A P P E A R A N C E S

2

3   ON BEHALF OF PLAINTIFF:

4       RAJ ABHYANKER, ESQUIRE

5       LEGALFORCE RAPC WORLDWIDE P.C.

6       1580 W. El Camino Real, Suite 10

7       Mountain View, CA 94040

8       Phone:  +1-650-390-6461

9

10

11  ON BEHALF OF DEFENDANTS:

12      NAOKI YOSHIDA, ESQUIRE

13      FINNEGAN, HENDERSON, FARABOW, GARRETT &

14      DUNNER, LLP

15      33rd Floor, Shiroyama Trust Tower

16      3-1, Toranomon 4-chome

17      Minato-ku, Tokyo, Japan 105-6033

18      Phone:  +81-3-3431-6943

19

20

21  ALSO PRESENT:

22      NAOKO SELLAND, Interpreter

23

24

25
```

CONFIDENTIAL

Transcript of Nozomu Tsunoda
January 26, 2023                                    45

1   ██████████████

2      ███████████████████████████████

3   ███████████████████████████████████

4   █████████████████████████████

5   █████████

6          MR. ABHYANKER:  Can you please translate

7   that.

8      Q  So my question is Mr. Kama's LinkedIn

9   profile says he started working in July 2022 in

10  Exhibit 10.  And in Exhibit 9 on -- in that same

11  month, July 2022, it indicates that that job is no

12  longer accepting applications.

13         So is it reasonable to conclude that

14  Mr. Kama was hired in response to this job posting

15  in Exhibit 9?

16     A  No.  Most recruitment at our company is done

17  not via SNS like LinkedIn on this ad but by Japanese

18  recruitment company.  So I believe Mr. Kama was also

19  hired through that recruitment agencies in Japan.

20     Q  What is the name of the recruitment agency

21  in Japan?

22     A  There are many; although it is managed by

23  recruitment team at the company.

24     Q  All right.  I'm going to move on from this

25  exhibit.

CONFIDENTIAL
Transcript of Nozomu Tsunoda
January 26, 2023                                          67

1   ██████████████████████████████████████████

2   ██████████████████████████████████████

3   ███████████████████████

4       Q   Did your company, LegalForce Japan, ever

5   want to use the name "LegalForce" in the

6   United States?

7       A   No.   I was aware that the opposition was

8   filed in 2018.  So I --

9           THE INTERPRETER:  Sorry.  Let me start from

10  the scratch.

11          (The witness and interpreter conferred in

12  Japanese.)

13      A   The answer is no.  Because I understood that

14  there was an opposition filed in 2018, and I had

15  respect to the trademark by the plaintiff.  So when

16  we expanded to the US, I always thought that

17  trademark should have been changed -- should be

18  changed.

19  ████████████████████████████████

20  █████

21  ███████████████

22  ████████████████████████████

23  ████████████████████████████

24  ██████████████████████████████████████

25  ██████████████████████████████████████