# Exhibit 2



**CONFIDENTIAL**

# Transcript of Jean-Pierre Biard

**Date:** January 25, 2023
**Case:** Legalforce RAPC Worldwide -v- Legalforce, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO DIVISION
4    - - - - - - - - - - - - - - - - - x
5    LEGALFORCE RAPC WORLDWIDE, P.C.,    :
6            Plaintiff,                  :
7       v.                               : Case No.
8    LEGALFORCE, INC., a Japanese        : 3:22-cv-03724-TLT
9    corporation,                        :
10           Defendant.                  :
11   - - - - - - - - - - - - - - - - - x
12
13
14                      CONFIDENTIAL
15
16                      Deposition of
17                    JEAN-PIERRE BIARD
18                      Tokyo, Japan
19              Wednesday, January 25, 2023
20         10:26 a.m. Japan Standard Time (UTC+9)
21
22
23   Job No.:  478532
24   Pages:  1 - 156
25   Reported By:  M. Allred, RPR
```

```
1           Deposition of JEAN-PIERRE BIARD, conducted
2    at the offices of:
3
4         U.S. EMBASSY IN JAPAN - TOKYO
5         1-10-5 Akasaka
6         Minato-ku, Tokyo 107-8420
7         Phone:  +81-03-3224-5000
8
9
10          Pursuant to notice, before M. Allred,
11   Registered Professional Reporter.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Transcript of Jean-Pierre Biard
January 25, 2023                                                      3

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF PLAINTIFF:
 4       RAJ ABHYANKER, ESQUIRE
 5       LEGALFORCE RAPC WORLDWIDE P.C.
 6       1580 W. El Camino Real, Suite 10
 7       Mountain View, CA 94040
 8       Phone:  +1-650-390-6461
 9
10
11   ON BEHALF OF DEFENDANT:
12       NAOKI YOSHIDA, ESQUIRE
13       FINNEGAN, HENDERSON, FARABOW, GARRETT &
14       DUNNER, LLP
15       33rd Floor, Shiroyama Trust Tower
16       3-1, Toranomon 4-chome
17       Minato-ku, Tokyo, Japan 105-6033
18       Phone:  +81-3-3431-6943
19
20
21
22
23
24
25
```

CONFIDENTIAL
Transcript of Jean-Pierre Biard
January 25, 2023                                    7

```
1        MR. ABHYANKER:  So you blanket designated
2   the entire transcript and contents?
3        MR. YOSHIDA:  Yes, for now.  For now.
4        MR. ABHYANKER:  All right.  Yeah.  We object
5   to that, but we'll agree to that for now.
6        MR. YOSHIDA:  Okay.  And second is that
7   Mr. Biard is here to testify in his personal
8   capacity, and the subject matter is limited to
9   jurisdiction.  So I'm not going to reserve objection
10  as to relevance.
11       I'm going to instruct him not to respond to
12  anything unrelated to the jurisdiction issues.
13       MR. ABHYANKER:  Well, you can't instruct him
14  not to respond.  You can -- you can certainly raise
15  the objection.  He can respond.  And then we will
16  preserve the argument for the judge later on.
17       MR. YOSHIDA:  That's fine.  That's fine.
18       And last one is that also I'm not going to
19  reserve the objection with respect to highly
20  confidential matters.  I understand that the motion
21  is pending currently.  So that we'll not going to be
22  reserving objections as to the highly confidential
23  information, including business confidential
24  information, highly confidential -- highly sensitive
25  business information, and trade secret information
```

CONFIDENTIAL
Transcript of Jean-Pierre Biard
January 25, 2023
64

1  ██████████
2  ████████████████████████
3  ██████████████████████████
4  █████████████████████████
5  █████████████████████████
6  ██████████████
7   ███████████████████
8  ███████████████████████
9  ███████████████████████████
10  █████████████████████
11  █████████████████
12   ███████████████████
13  ███████████████████████████
14  ██████████████████████████
15  ██████████████████████████
16  ██████████████
17   █████████████████████
18  ██
19   ████████████████
20  ██████████
21   ██████████████████████
22  █
23   █████████████
24      Q   Were they a potential customer for your
25   products?

1    A    So we were at that time looking for advice
2    and insight on their thoughts as to the relevance of
3    our product for the US market.
4     █████████████████████████████████████████████
5    ██
6    ████████████████████████████████████████
7    ████████████████████████████████████████
8    ████████████████████████████
9    █████████████████████████████████████████████
10   ████████████████████████████████████████████
11   █████████████████████████████████████████████
12   ████████████████████████████████████████████
13   ███
14   ████████████████████████████
15   █████████████████████████████████████████████
16   ██████████████████████████████
17   ██████████████████████████████
18   ██████████████████████████
19   ██████████████████████████████████████
20   █████████████████████████████████████████████
21   ████████████████████████████████████████████
22   █████
23   █████████████████████████
24   ██████████████████████████████
25   █████████████████████████████████████████████

CONFIDENTIAL
Transcript of Jean-Pierre Biard
January 25, 2023

92

1  ████████████████████████████
2  ████
3  ██████████████████████
4  ██████████████
5  ████████████████████████████
6  ██████████████████████████████
7  ████████████████████████████████
8  ██████████████████████████████
9  ████████████████████
10 ████████████████████████████████
11 ██████████████████
12 ██████████████████
13     Q   So is a product that your company sells
14 called "LegalForce Cabinet"?
15     A   We have -- one of the product that is sold
16 in Japan is called LegalForce Cabinet.  Yes.
17     Q   And the other product is called LegalForce?
18     A   Correct.
19     Q   And those names still are used?
20     A   Those marketing names are still used.  Yes.
21     Q   In Japan?
22     A   Correct.
23     Q   But you stopped using those names in the
24 United States?
25     A   We never used those names --

1 ████████████████████████████████████████
2 ██████████████████
3      Q   Did LegalForce ever advertise as expanding
4  to the United States using the "LegalForce" name?
5      A   It -- LegalForce, the Japanese entity, never
6  advertised an expansion under the LegalForce name.
7      Q   Into the United States?
8      A   Into the United States.  So -- okay.
9      Q   Did LegalForce ever advertise employment
10 opportunities for engineers saying that they're
11 going to expand to the United States using the
12 "LegalForce" name?
13     A   So there was advertising, so a job search, a
14 job posting done -- so the answer is no.  Not using
15 that name for the United States.
16 ████████████████████████████████████████
17 ████████████████████████████████
18 ████████████████████████████████████████
19 ██████████████████████████████████████
20 ██████████████████████████████████
21 ██████████████
22 ████████████████████████████████████████████
23 ██████████████████████████████
24 ████████████████████████
25 ████████████████████████████████████████████

CONFIDENTIAL
Transcript of Jean-Pierre Biard
January 25, 2023

132

1  ████████████████████████████████
2  ███████████████████████████
3  ████████████████████████████████
4  █████████████
5  ██████████████████████████
6  ████████████████████████████████████████
7  ███████████████████
8  ████
9  ████████████████████████████████████████
10 ██████████████████████████████████████
11 ███████████
12 █████████████████████████████████
13 █████████████████████████████████
14 ██████████████████████
15 █████████████████████████████████
16 ████████████████████████████████████████
17 █████████████████████████████████
18 ██████████████████
19     Q  I'm asking can you explain why this would
20 show an image that it seems to be a slide on
21 June 24th with an American flag with the name
22 "LegalForce"?  Can you explain it?  Yes or no?  It's
23 a yes-or-no question.
24     A  In exact detail, I cannot confidently
25 explain the intent.  I can state that the Japanese

1   company never said or intended to enter the US under
2   the LegalForce name.
3   ████████████████████████████
4   ████████████████████████████████
5   ██████████
6   ████████████████████
7   ████████████████████████████████
8   ████████████████████████████████
9   ████████████████████████████████
10  ██████
11  ████████████████████████████
12  ████████████████████████████
13  ████████████████████████
14  ██████████
15  ██████████████
16  ████████████████
17  ██████████████████████████████████
18  ██████████████████████████████
19  ████████████████████████████
20  ████████████████████████████
21  ████████████████████████████████
22  ████████████████████████████████
23  ████████████████████████████████
24  ████████████████████
25  ████████████████████████████████