# Exhibit 4

B. Brett Heavner (*pro hac vice*)
b.brett.heavner@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
Daniel R. Mello (SBN 325714)
daniel.mello@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Naoki Yoshida (*pro hac vice*)
naoki.yoshida@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
33rd Floor, Shiroyama Trust Tower
3-1, Toranomon 4-chome
Minato-ku, Tokyo 105-6033 Japan
Telephone:    011-813-3431-6943
Facsimile:     011-813-3431-6945

Attorneys for Defendant
LEGALON TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>LEGALON TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 3:22-cv-07627-TLT<br><br>**DECLARATION OF DANIEL LEWIS IN SUPPORT OF DEFENDANT LEGALON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:            Hon. Trina L. Thompson<br>Crtrm.:           9<br>Hearing Date: June 6, 2023<br>Time:             2:00 p.m.<br>Action Filed:  December 3, 2022 |

**DECLARATION**

I, Daniel Lewis, declare as follows:

1. I am acting Chief Executive Officer of LegalOn, Technologies Inc ("LegalOn"). The matters stated herein are based upon my personal knowledge, and if called upon as a witness, would testify as to the following statements.

2. LegalOn is a Delaware corporation incorporated on or about September 19, 2022.

3. I joined LegalOn, located at 2 Embarcadero Center, 8th Floor – WeWork, San Francisco, CA 94111, as its Chief Executive Office on or about October 24, 2022.

4. My appointment was made public on or about December 1, 2022. Attached as **Exhibit 1** is a true and correct copy of my LinkedIn Page.

5. I graduated from Stanford Law School and received my J.D. in or about June 2012. I took and passed the California Bar Exam that summer. I became a licensed attorney in or about December 5, 2012. Since then, I have been an active member of the California Bar in good standing. Attached as **Exhibit 2** is a true and correct copy of my California State Bar Attorney Profile.

6. LegalOn offers artificial intelligence-powered contract review software to legal professionals and legal teams at law firms and corporations.

7. LegalOn's target consumers are attorneys and legal professionals, primarily in-house corporate legal teams, not the general public or laypeople untrained in the practice of law.

8. LegalOn's software is a tool for attorneys and legal professionals to utilize in reviewing a contract for their client, primarily in-house legal teams serving the contracting needs of their company.

9. LegalOn's software is not intended for, nor designed to be used by, untrained members of the general public.

10. LegalOn does not engage in the practice of law, does not advertise itself as engaged in the practice of law, and does not hold itself out as practicing law.

11. LegalOn does not use and has not applied to register the LEGALFORCE trademark in the United States or anywhere in the world.

12. LegalOn does not own a LEGALFORCE trademark.

13. LegalOn does not offer any products or services bearing the LEGALFORCE trademark.

14. LegalOn does not have any plans to imminently or ever offer, sell, transport, distribute, market, or advertise any products or services bearing the LEGALFORCE trademark.

15. LEGALFORCE is a trademark owned and used by LegalOn's parent company, LegalOn Technologies, Inc. (Japan) formerly d/b/a LegalForce, Inc. ("LegalForce").

16. It is my understanding based on publicly available information that LegalForce is a Japanese corporation organized under the laws of Japan, headquartered and with a principal place of business in Tokyo, Japan.

17. It is my understanding based on publicly available information that LegalOn's parent company, LegalForce, is the defendant in the case *LegalForce RAPC Worldwide P.C. v. LegalForce, Inc.*, Case No. 3:22-cv-03724-TLT ("LegalForce Action") and is not a party to this action.

18. It is my understanding based on publicly available information that in the LegalForce Action, LegalOn's parent company LegalForce asserted that it owns and uses the LEGALFORCE mark in Japan and not in the United States.

19. LegalOn is and has always been a distinct legal entity from LegalForce.

20. LegalOn has its own corporate officers and employees, maintains its own corporate records, utilizes different office space from LegalForce, manages its own day-to-day activities, does not commingle funds or other assets with LegalForce, does not hold itself out as liable for LegalForce's debts, and does not disregard corporate formalities between LegalOn and LegalForce.

21. It is my understanding based on publicly available information that before incorporating LegalOn, non-party LegalForce raised venture capital from investors during meetings it held in Japan beginning sometime before summer 2022.

22. LegalOn did not hold or attend those meetings and did not solicit venture capital from investors since LegalOn did not exist during the summer of 2022 and was not incorporated until September of that year.

23. LegalOn's primary website is https://legalontech.com/. Attached as **Exhibit 3** is a true and correct copy of the landing page of LegalOn's website as of February 13, 2023, https://legalontech.com/.

24. Nowhere on its website does LegalOn use the word LEGALFORCE.

25. LegalOn does not own, control, or have any responsibility regarding the operation of the websites https://en.legalforce-corp.com/#about or https://legalforce-cloud.com/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of February 2023, at San Francisco, California.

By: _____
Daniel Lewis