David A. Makman (SBN 178195)
david@makmanlaw.com
LAW OFFICES OF DAVID A. MAKMAN
483 Seaport Court, Suite 103
Redwood City, California 94063
Telephone:     (650) 242-1560
Facsimile:     (650) 242-1547

Christopher Studebaker (admitted pro hac vice)
chris.studebaker@tkilaw.com
TOKYO INTERNATIONAL LAW OFFICE
Daido Seimei Kasumigaseki Bldg., 8F
1-4-2 Kasumigaseki, Chiyoda-ku
Tokyo 100-0013, Japan
Telephone:     011-81-(0)3-6273-3120
Facsimile:     011-81-(0)3-6273-3876

*Attorneys for Specially Appearing Defendant
Kabushiki Kaisha LegalOn Technologies,
f/k/a Kabushiki Kaisha LegalForce*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.<br><br>Plaintiff,<br><br>v.<br><br>LEGALFORCE, INC.,<br><br>Defendant. | CASE NO.: 3:22-cv-03724-TLT<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Trina L. Thompson<br>Crtrm.:     9<br>Date: November 7, 2023<br>Time: 2:00 PM<br>Action Filed:   June 24, 2022 |

**[PROPOSED] ORDER**

Specially Appearing Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is hereby Defendants' Motion to Dismiss is GRANTED.  The Second Amended Complaint is dismissed WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: _____          _____

The Honorable Trina L. Thompson
United States District Court Northern District of California