# EXHIBIT 1

to Declaration of Raj Abhyanker



HOME    SERVICES    NEWS    EDUCATION    ABOUT US          Search          Log In    Sign Up

## LegalOn Technologies, the Global Leader in AI Contract Review, Unveils AI Revise Tool and Subscription Plans for US Customers



LegalOn's AI Revise helps legal teams fix contract risks instantly with the first AI contract editor enhanced by expert legal knowledge.

  

April 24, 2023 08:00 AM Eastern Daylight Time

SAN FRANCISCO—(BUSINESS WIRE)—LegalOn Technologies, the global leader in AI contract review, unveiled the first AI contract editing tool enhanced by expert legal knowledge: "AI Revise." AI Revise combines detailed legal practical guidance with the latest GPT technology from OpenAI. Lawyers can direct AI Revise to make sophisticated contract revisions in seconds.

"We built AI Revise on top of LegalOn's AI Review and the proprietary legal content and guidance created by our team of experienced attorneys"

🐦 Tweet this

LegalOn also announced that it is now commercially available to all customers in the United States. The company launched an early access period in January 2023. LegalOn's subscription offerings will include AI Revise and many other time-saving and contract-strengthening features.

"AI will automate many of the most tedious parts of legal work," said Daniel Lewis, US CEO of LegalOn Technologies. "Our AI Review assists legal teams by spotting risks in third-party contracts and redlines and suggesting solutions to make contracts stronger before signature. Now, we've taken a leap forward – AI Revise enables users to turn our suggestions into revisions."

"LegalOn is the best implementation of review technology I've seen," observed Hans Kim, General Counsel to startups and venture capital funds and former Head of Legal at Atrium. Hans Kim and more than 60 other attorneys and legal professionals across several dozen companies and law firms received early access to LegalOn's product beginning in January.

"I use LegalOn consistently," stated Alenda Martin, Senior Contract Manager at Turo. "The AI picks up critical issues quickly and accurately. The guidance and sample language are helpful to fix and negotiate those risks. And now, AI Revise feels like a major advance – it's really exciting to see."

Unlike general AI systems, AI Revise is purpose-built for legal contract review. "We built AI Revise on top of LegalOn's AI Review and the proprietary legal content and guidance created by our team of experienced attorneys," said Mike Contillo, LegalOn's Head of Product. "To ensure it is trustworthy and precise, our attorneys trained AI Revise with thousands of tests and countless hours of refinement."

"We focus on our products being usable on Day 1 for customers, with no setup or training of the AI required," says Daniel Lewis. "AI Revise delivers instant value because we've trained the AI to fix hundreds of nuanced contract risks for every contract type we cover, leveraging our practical guidance content. It's a great example of the unique value we provide customers with our combination of software and guidance."

"LegalOn is impressive," noted Josh Schmand, Associate General Counsel at ScribeAmerica. "The AI provided spot-on alerts to identify risky contract terms. The practice notes were excellent and helped me edit more efficiently."

AI Revise is one of many tools that will be within LegalOn's product suite. Coming out of the early access period, LegalOn's product includes many new benefits and features, such as:

- **More contract coverage:** instantly review Master Service Agreements, Purchase Agreements, and more with AI trained to spot hundreds of nuanced contract risks specific to each contract type and your negotiating position.
- **Edit and collaborate:** revise contracts and collaborate with colleagues within an in-browser editor.
- **Search clauses and contracts:** search prior contracts and templates to find on-point clauses as you draft and edit.

"LegalOn accelerates and enhances our contract review process by helping identify areas that require closer attention," said Chad Perlov, Director of Legal Affairs at OneNeck IT Solutions. "LegalOn's practice notes that guide us on risk and alternative language can also save time and research in the drafting process."



### LEGALON TECHNOLOGIES

**Release Summary**

LegalOn Technologies, the global leader in AI contract review, unveils its AI-powered contract editing tool and announces its US commercial launch.

**Social Media Profiles**

in  LegalOn on LinkedIn

› More News 🔝

**Contacts**

Corey Longhurst |
info@legalontech.com

**About LegalOn Technologies**

LegalOn Technologies is the leading AI contract review software for legal teams, serving innovative lawyers and legal professionals at over 3,000 companies and firms globally. The company is backed by leading investors and has raised over $130M. Companies and firms interested in our technology can find more information and sign up for a demo at LegalOnTech.com. LegalOn's US headquarters are in San Francisco, and its global headquarters are in Tokyo. Follow LegalOn on LinkedIn to stay up to date on the latest news and developments.

Contacts

Corey Longhurst | info@legalontech.com

 

**More from Business Wire:**   Blog   UK/Ireland   Deutschland   France   Hong Kong   Italy   Japan   Tradeshownews.com

Contact Us   UK Tax Strategy   Privacy Statement   Manage Cookies   Terms of Use   © 2023 Business Wire

Case 3:22-cv-03724-TLT Document 100-2 Filed 05/30/23 Page 4 of 52

# LegalOn Technologies, the Global Leader in AI Contract Review, Unveils AI Revise Tool and Subscription Plans for US Customers

5/25/23, 5:07 PM    LegalOn Technologies, the Global Leader in AI Contract Review, Unveils AI Revise, Tool and Subscription Plans for US Customers…

Case 3:22-cv-03724-TLT   Document 100-2   Filed 05/30/23   Page 5 of 52



LegalOn's AI Revise helps legal teams fix contract risks instantly with the first AI contract editor enhanced by expert legal knowledge.

April 24, 2023 08:00 AM Eastern Daylight Time

SAN FRANCISCO--([BUSINESS WIRE](#))--LegalOn Technologies, the global leader in AI contract review, unveiled the first AI contract editing tool enhanced by expert legal knowledge: "AI Revise." AI Revise combines detailed legal practical guidance with the latest GPT technology from OpenAI. Lawyers can direct AI Revise to make sophisticated contract revisions in seconds.

LegalOn also announced that it is now commercially available to all customers in the United States. The company launched an early access period in January 2023. LegalOn's subscription offerings will include AI Revise and many other time-saving and contract-strengthening features.

"AI will automate many of the most tedious parts of legal work," said Daniel Lewis, US CEO of LegalOn Technologies. "Our AI Review assists legal teams by spotting risks in third-party contracts and redlines and suggesting solutions to make contracts stronger before signature. Now, we've taken a leap forward – AI Revise enables users to turn our suggestions into revisions."

"LegalOn is the best implementation of review technology I've seen," observed Hans Kim, General Counsel to startups and venture capital funds and former Head of Legal at Atrium. Hans Kim and more than 60 other attorneys and legal professionals across several dozen companies and law firms received early access to LegalOn's product beginning in January.

"I use LegalOn consistently," stated Alenda Martin, Senior Contract Manager at Turo. "The AI picks up critical issues quickly and accurately. The guidance and sample language are helpful to fix and negotiate those risks. And now, AI Revise feels like a major advance – it's really exciting to see."

Case 3:22-cv-03724-TLT    Document 100-2    Filed 05/30/23    Page 6 of 52

Unlike general AI systems, AI Revise is purpose-built for legal contract review. "We built AI Revise on top of LegalOn's AI Review and the proprietary legal content and guidance created by our team of experienced attorneys," said Mike Contillo, LegalOn's Head of Product. "To ensure it is trustworthy and precise, our attorneys trained AI Revise with thousands of tests and countless hours of refinement."

"We focus on our products being usable on Day 1 for customers, with no setup or training of the AI required," says Daniel Lewis. "AI Revise delivers instant value because we've trained the AI to fix hundreds of nuanced contract risks for every contract type we cover, leveraging our practical guidance content. It's a great example of the unique value we provide customers with our combination of software and guidance."

"LegalOn is impressive," noted Josh Schmand, Associate General Counsel at ScribeAmerica. "The AI provided spot-on alerts to identify risky contract terms. The practice notes were excellent and helped me edit more efficiently."

AI Revise is one of many tools that will be within LegalOn's product suite. Coming out of the early access period, LegalOn's product includes many new benefits and features, such as:

- **More contract coverage:** instantly review Master Service Agreements, Purchase Agreements, and more with AI trained to spot hundreds of nuanced contract risks specific to each contract type and your negotiating position.
- **Edit and collaborate:** revise contracts and collaborate with colleagues within an in-browser editor.
- **Search clauses and contracts:** search prior contracts and templates to find on-point clauses as you draft and edit.

"LegalOn accelerates and enhances our contract review process by helping identify areas that require closer attention," said Chad Perlov, Director of Legal Affairs at OneNeck IT Solutions. "LegalOn's practice notes that guide us on risk and alternative language can also save time and research in the drafting process."

**About LegalOn Technologies**

LegalOn Technologies is the leading AI contract review software for legal teams, serving innovative lawyers and legal professionals at over 3,000 companies and firms globally. The company is backed by leading investors and has raised over $130M. Companies and firms interested in our technology can find more information and sign up for a demo at LegalOnTech.com. LegalOn's US headquarters are in San Francisco, and its global headquarters are in Tokyo. Follow LegalOn on LinkedIn to stay up to date on the latest news and developments.

## Contacts
Corey Longhurst | info@legalontech.com

# EXHIBIT 2

to Declaration of Raj Abhyanker



CONFIDENTIAL

# Transcript of Nozomu Tsunoda

**Date:** January 26, 2023
**Case:** Legalforce RAPC Worldwide -v- Legalforce, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

**REDACTED**

1            CERTIFICATE OF SHORTHAND REPORTER

2     I, M. Allred, the officer before whom the foregoing

3     deposition was taken, do hereby certify that the

4     foregoing transcript is a true and correct record of

5     the testimony given; that said testimony was taken

6     by me stenographically and thereafter reduced to

7     typewriting under my direction; that reading and

8     signing was requested; and that I am neither counsel

9     for, related to, nor employed by any of the parties

10    to this case and have no interest, financial or

11    otherwise, in its outcome.

12

13    IN WITNESS WHEREOF, I have hereunto set my hand this

14    4th day of February, 2023.

15

16

17

18

19

20

21

22    *Mary Allred* (signature)

23    _____

24    M. Allred, RPR

25

# EXHIBIT 3

to Declaration of Raj Abhyanker



Slides in Ex. 14 in the Deposition of Nozuma Tsunoda



Slides in Ex. 14 in the Deposition of Nozuma Tsunoda

# EXHIBIT 4

to Declaration of Raj Abhyanker



# LegalForce、シリーズDラウンドで137億円の資金調達--海外進出も明らかに

河部恭紀（編集部）　2022-06-24 07:40

N. Tsunoda
EXHIBIT  14
DATE 26 Jan 2022
REPORTER MA
Planet Depos, LLC

オフィスワーク新時代-コネクシオで実現する新しい働き方

エンターテイメント業界のニーズに応えるストレージとは

導入事例、製品情報、調査・レポートなど、ホワイトペーパー多数掲載

　契約審査プラットフォーム「LegalForce」と人工知能（AI）契約管理システム「LegalForceキャビネ」を提供するLegalForceは6月23日、シリーズDラウンドにおける総額約137億円の資金調達と海外進出を発表した。

　今回の資金調達により、累計調達額は179億円となり、リーガルテック領域においてはグローバルで見ても比較的規模が大きいとLegalForceの代表取締役社長を務める角田望氏は述べた。同領域への投資が進む北米の企業と比べても上位に位置する規模だという。

-PR-



1/21/23, 6:41 PM

LegalForce、シリーズDラウンドで137億円の資金調達--海外進出も明らかに - ZDNET Japan



　同ラウンドは**SoftBank Vision Fund 2**をリード投資家とし、**Sequoia Capital China**と**Goldman Sachs**に加えて既存投資家である**WiL**、みずほキャピタル、三菱**UFJ**キャピタルが参画。「**Global Unicorn Index 2021**」によると、**Sequoia**、**SoftBank**、**Goldman Sachs**は、投資しているユニコーン企業数でそれぞれ1位、3位、5位だという。グローバルで投資を展開する投資家から**LegalForce**のポテンシャルが評価されたとの見方を角田氏は示した。

　調達資金は、人事採用、開発強化、営業体制強化、マーケティング、新事業に投資する予定だという。

　今回の資金調達を受け、角田氏は、新事業として海外進出を発表した。グローバルで投資を展開する企業の参画により、世界のリーガルテック企業と肩を並べる額の資金調達を実施するということで、自社のミッションである「全ての契約リスクを制御可能にする」を世界で実現することに向けて投資をしたいとの考えを述べ、「その中において、海外戦略は避けて通れない。日本初のリーガルテックあるいはソフトウェアを世界に問うていきたい」と続けた。

1/21/23, 6:41 PM

Case 3:22-cv-03724-TLT   Document 100-2   Filed 05/30/23   Page 17 of 52
LegalForce、シリーズDラウンドで137億円の資金調達―海外進出も明らかに - ZDNET Japan

進出先としては、まずは英語圏を考えており、特に米国を中心に展開するという。「英語圏には1000社を越すリーガルテックのスタートアップ企業が存在するが、まだ黎明期であり可能性がある」とし、同社主力製品のLegalForceと同様のサービスが現時点では存在しないことを角田氏は理由に挙げた。



2023年3月までに市場調査を完了し、初期プロダクトを投入したいとしている。日本で現在展開している製品をそのままに英語化して投入するのではなく、米国の市場や契約実務に適合した製品を作るという戦略のため、市場調査から進めるという。

海外展開にあたりグローバル戦略部を設立し、JP Biard氏が部長に就任している。

LegalForceは、法務の知見に自然言語処理技術や機械学習などを組み合わせた製品を開発・提供する。機械知性研究部門の設置、京都大学との共同研究、開発専任の弁護士の在籍、法律事務所との提携を特徴としている。

同社が提供するサービスであるLegalForceは、案件受付や起案・審査といった契約締結までの業務をサポートする。LegalForceキャビネは、契約書の期限や権利・義務といった内容面を含めた契約締結後の管理を効率化する。

　LegalForceは2019年に正式版がリリースされ、2022年3月末時点で導入企業数が2000社を超えている。LegalForceキャビネは2021年に正式リリースされ、2022年6月には導入企業が450社を超えている。

　角田氏は同社の強みとして、このような実績に加え、法的知見、自然言語処理技術、データ量を必要とする「高い参入障壁」、契約業務のうち案件受付や起案・審査、管理といった部分で事業を展開する企業の少なさによる「未開拓な市場」を挙げた。



# LegalForce raises 13.7 billion yen in series D round–also reveals overseas expansion

Yuki Kawabe (Editorial Department)   2022-06-24 07:40

write in note

A New Era of Office Work-New Ways of Working with Conexio
Storage that meets the needs of the entertainment industry
Numerous white papers including case studies, product information, surveys and reports

LegalForce, which provides the contract screening platform "LegalForce" and the artificial intelligence (AI) contract management system "LegalForce Cabinet", announced on June 23 that it will raise a total of approximately 13.7 billion yen in Series D funding and expand overseas.

With this funding, the total amount raised is 17.9 billion yen, which is relatively large in the legal tech field, according to Nozomu Tsunoda, President and CEO of LegalForce. It is said that it is a scale that ranks higher than North American companies that are investing in the same area.

-PR-





The round was led by SoftBank Vision Fund 2, with participation from existing investors WiL, Mizuho Capital and Mitsubishi UFJ Capital in addition to Sequoia Capital China and Goldman Sachs. According to the "Global Unicorn Index 2021", Sequoia, SoftBank and Goldman Sachs rank first, third and fifth respectively in terms of the number of unicorn companies they invest in. Mr. Tsunoda expressed his view that the potential of LegalForce was highly evaluated by investors who invest globally.

It is said that the funds raised will be invested in personnel recruitment, development enhancement, sales system enhancement, marketing, and new businesses.

In response to this funding, Mr. Tsunoda announced overseas expansion as a new business. Through the participation of companies that invest globally, we will raise funds that are comparable to those of legal tech companies around the world. He stated that he would like to invest in realizing this, and continued, "Among them, overseas strategies cannot be avoided. I would like to ask the world about Japan's first legal tech or software."

As for where to expand, the company is considering English-speaking countries first, with a particular focus on the United States. "There are more than 1,000 legal tech startups in the English-speaking world, but it is still in its infancy and there is potential," said Mr. Tsunoda, noting that a service similar to the company's main product, LegalForce, does not currently exist. mentioned for the reason.



The company hopes to complete market research and launch initial products by March 2023. The strategy is to create products that are compatible with the US market and

contract practices, instead of simply translating the products currently available in Japan into English and launching them.

A global strategy department was established for overseas expansion, and Mr. JP Biard has been appointed as the general manager.

LegalForce develops and provides products that combine legal knowledge with natural language processing technology and machine learning. It is characterized by the establishment of a machine intelligence research department, joint research with Kyoto University, the enrollment of lawyers dedicated to development, and partnerships with law firms.

LegalForce, a service provided by the company, supports operations up to contract conclusion, such as project acceptance, drafting and review. LegalForce Cabinet streamlines post-contract management, including contract deadlines, rights and obligations.

LegalForce was officially released in 2019, and as of the end of March 2022, more than 2,000 companies have introduced it. LegalForce Cabinet will be officially released in 2021, and by June 2022, over 450 companies have introduced it.

In addition to this track record, Mr. Tsunoda says that the company's strengths are its "high barriers to entry" that require legal knowledge, natural language processing technology, and data volume, as well as the acceptance, drafting, examination, and management of contract work. He cited an "untapped market" due to the small number of companies operating in the region.

Read ZDNET Japan articles every morning by email (free registration)

**Application for e-mail magazine subscription**

write in note

Numerous white papers including case studies, product information, surveys and reports

## Related article



**3 promising technologies in 2023-"ABC" for IT professionals**



**Nasdaq's AWS migration, what is "Outposts" that holds the key?**



**BCG's Miki Tsuzaka appointed as Microsoft Japan's new president**



**Understanding the basics of networks from the beginning (1)—An easy-to-understand explanation of the basics of networks**

- LegalForce Updates Contract Screening Platform's In-House Criteria Reviews

- Contract management system "LegalForce Cabinet", official release of flagging function

- 76% of ``Back office DX has not progressed since the spread of Corona''-LegalForce survey

- Approximately 70% of SaaS users answered that DX was advanced by SaaS–LegalForce survey

- Strengthening competitiveness with proper management and operation of contracts-LegalForce thinks "DX starts from the back office"

**Related keywords**    Contract management

## Related white papers

ive requirements for the modernization of mission-critical operations and key points for ERP modernization

- Building a Sustainable Supply Chain: A Quick Start Guide

- Strategies for building a highly resilient and agile supply chain required for the manufacturing aftermarket business

- How Data and Technology Will Change in 2023: Predictions and Corporate Strategies from Analytics Platform Vendors

- Achieving significant improvement in eNPS: A case study on how to build a system to support employees before they fall into mental health problems

- 5 Tips for Successful Platform Integration for Web Governance

**popular category**     management    Security    cloud computing    Virtualization    business application    mobile

# EXHIBIT 5

to Declaration of Raj Abhyanker



CONFIDENTIAL

# Transcript of Jean-Pierre Biard

**Date:** January 25, 2023
**Case:** Legalforce RAPC Worldwide -v- Legalforce, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

**REDACTED**

1               CERTIFICATE OF SHORTHAND REPORTER

2      I, M. Allred, the officer before whom the foregoing

3      deposition was taken, do hereby certify that the

4      foregoing transcript is a true and correct record of

5      the testimony given; that said testimony was taken

6      by me stenographically and thereafter reduced to

7      typewriting under my direction; that reading and

8      signing was requested; and that I am neither counsel

9      for, related to, nor employed by any of the parties

10     to this case and have no interest, financial or

11     otherwise, in its outcome.

12

13     IN WITNESS WHEREOF, I have hereunto set my hand this

14     3rd day of February, 2023.

15

16

17

18

19

20

21

22     _Mary Allred_

23     _____

24     M. Allred, RPR

25

# EXHIBIT 6

to Declaration of Raj Abhyanker

## Letter Of Protest (LOP) Memorandum

**Date:**     May 26, 2023

**To:**       Examining Attorney -

**From:**     John Dalier
              Attorney Advisor
              Office of the Deputy Commissioner for Trademark Examination Policy

**Subject:**  Letter of protest concerning U.S. Application Serial No. 97799088 for the mark
 LEGALON TECHNOLOGIES

Upon consideration of evidence included with a letter of protest filed before publication of the above-referenced mark, it has been determined that some of the evidence is relevant to the following ground(s) for refusal and/or requirement(s):

> Possible likelihood of confusion under Trademark Act Section 2(d) with U.S. Registration Nos. 5642937, 4346898, and 4227650.

U.S. Registration Nos. 5642937, 4346898, and 4227650 are available in the XSearch database and additional evidence as to the relatedness of the goods and/or services at issue is attached for your consideration. Please review and determine whether to issue a refusal or make a requirement. 37 C.F.R. §2.149(d)(1); TMEP §1715.02.

<u>NOTE</u>: The consideration of a letter of protest filed before publication is not a legal determination by the USPTO of registrability, nor is it meant to compromise the integrity of the ex parte examination process. It merely serves to bring the submitted evidence to the attention of the examining attorney, who determines whether a refusal or requirement should be raised or ultimately made final. *See* 37 C.F.R. §2.149(d)(1).

# Letter Of Protest (LOP) Memorandum

**Date:**   May 26, 2023

**To:**   Examining Attorney -

**From:**   John Dalier
Attorney Advisor
Office of the Deputy Commissioner for Trademark Examination Policy

**Subject:**   Letter of protest concerning U.S. Application Serial No. 97799217 for the mark LEGALON TECHNOLOGIES

Upon consideration of evidence included with a letter of protest filed before publication of the above-referenced mark, it has been determined that some of the evidence is relevant to the following ground(s) for refusal and/or requirement(s):

Possible likelihood of confusion under Trademark Act Section 2(d) with U.S. Registration Nos. 5642937, 4346898, and 4227650.

U.S. Registration Nos. 5642937, 4346898, and 4227650 are available in the XSearch database and additional evidence as to the relatedness of the goods and/or services at issue is attached for your consideration. Please review and determine whether to issue a refusal or make a requirement. 37 C.F.R. §2.149(d)(1); TMEP §1715.02.

NOTE: The consideration of a letter of protest filed before publication is not a legal determination by the USPTO of registrability, nor is it meant to compromise the integrity of the ex parte examination process. It merely serves to bring the submitted evidence to the attention of the examining attorney, who determines whether a refusal or requirement should be raised or ultimately made final. *See* 37 C.F.R. §2.149(d)(1).

## Letter Of Protest (LOP) Memorandum

**Date:**     May 18, 2023

**To:**       Examining Attorney -

**From:**    Elizabeth O'Brien
Attorney Advisor
Office of the Deputy Commissioner for Trademark Examination Policy

**Subject:**   Letter of protest concerning U.S. Application Serial No. 97799167 for the mark LEGALON

Upon consideration of evidence included with a letter of protest filed before publication of the above-referenced mark, it has been determined that some of the evidence is relevant to the following grounds for refusal:

- Possible likelihood of confusion under Trademark Act Section 2(d) with U.S. Registration Nos. 5642937 for LEGALFORCE TRADEMARKIA, 4346898 LF LEGALFORCE, and 4227650 for LEGALFORCE.

U.S. Registration Nos. 5642937, 4346898, and 4227650 are available in the XSearch database for your consideration. Please review and determine whether to issue a refusal or make a requirement. 37 C.F.R. §2.149(d)(1); TMEP §1715.02.

<u>NOTE</u>: The consideration of a letter of protest filed before publication is not a legal determination by the USPTO of registrability, nor is it meant to compromise the integrity of the ex parte examination process. It merely serves to bring the submitted evidence to the attention of the examining attorney, who determines whether a refusal or requirement should be raised or ultimately made final. *See* 37 C.F.R. §2.149(d)(1).

# Letter Of Protest (LOP) Memorandum

**Date:**     May 26, 2023

**To:**       Examining Attorney -

**From:**     John Dalier
             Attorney Advisor
             Office of the Deputy Commissioner for Trademark Examination Policy

**Subject:**  Letter of protest concerning U.S. Application Serial No. 97799239 for the mark LEGALONTECH

Upon consideration of evidence included with a letter of protest filed before publication of the above-referenced mark, it has been determined that some of the evidence is relevant to the following ground(s) for refusal and/or requirement(s):

> Possible likelihood of confusion under Trademark Act Section 2(d) with U.S. Registration Nos. 5642937, 4346898, and 4227650.

U.S. Registration Nos. 5642937, 4346898, and 4227650 are available in the XSearch database and additional evidence as to the relatedness of the goods and/or services at issue is attached for your consideration. Please review and determine whether to issue a refusal or make a requirement. 37 C.F.R. §2.149(d)(1); TMEP §1715.02.

NOTE: The consideration of a letter of protest filed before publication is not a legal determination by the USPTO of registrability, nor is it meant to compromise the integrity of the ex parte examination process. It merely serves to bring the submitted evidence to the attention of the examining attorney, who determines whether a refusal or requirement should be raised or ultimately made final. *See* 37 C.F.R. §2.149(d)(1).

# EXHIBIT 7

to Declaration of Raj Abhyanker



# This site can't be reached

Check if there is a typo in legalontechnologies.com.

If spelling is correct, try running Windows Network Diagnostics.

DNS_PROBE_FINISHED_NXDOMAIN

Reload

# EXHIBIT 8

to Declaration of Raj Abhyanker



# Domain Report

## LegalonTechnologies.com

Domain Name   **LegalonTechnologies.com**

Prepared On   **May 30, 2023**

120 x 180

< no screenshot >

# About This Report

This report documents a thorough analysis of the Internet domain name "**LegalonTechnologies.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

© 2023 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of May 30, 2023*

## Ownership

| | |
|---|---|
| Registered Owner | **Identity Protection Service** |
| Owned Domains | **About 1275690 other domains** |
| Email Addresses | **8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org** |
| | **abuse@amazonaws.com** |
| Registrar | **amazon registrar, inc.** |

## Registration

| | |
|---|---|
| Created | **Aug 19, 2022** |
| Expires | **Aug 19, 2023** |
| Updated | **Apr 19, 2023** |
| Domain Status | **No Website** |
| Whois Server | **whois.registrar.amazon.com** |
| Name Servers | **awsdns-00.org** |
| | **awsdns-33.co.uk** |

© 2023 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Apr 21, 2023*

```
Domain Name: legalontechnologies.com
Registry Domain ID: 2719209855_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.amazon.com
Registrar URL: https://registrar.amazon.com
Updated Date: 2023-04-19T08:52:14Z
Creation Date: 2022-08-19T03:05:32Z
Registrar Registration Expiration Date: 2023-08-19T03:05:32Z
Registrar: Amazon Registrar, Inc.
Registrar IANA ID: 468
Registrar Abuse Contact Email: abuse@amazonaws.com
Registrar Abuse Contact Phone: +1.2067406200
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: On behalf of legalontechnologies.com owner
Registrant Organization: Identity Protection Service
Registrant Street: PO Box 786
Registrant City: Hayes
Registrant State/Province: Middlesex
Registrant Postal Code: UB3 9TR
Registrant Country: GB
Registrant Phone: +44.1483307527
Registrant Phone Ext:
Registrant Fax: +44.1483304031
Registrant Fax Ext:
Registrant Email: 8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org
Registry Admin ID: Not Available From Registry
Admin Name: On behalf of legalontechnologies.com owner
Admin Organization: Identity Protection Service
Admin Street: PO Box 786
Admin City: Hayes
Admin State/Province: Middlesex
Admin Postal Code: UB3 9TR
Admin Country: GB
Admin Phone: +44.1483307527
Admin Phone Ext:
Admin Fax: +44.1483304031
Admin Fax Ext:
Admin Email: 8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org
Registry Tech ID: Not Available From Registry
Tech Name: On behalf of legalontechnologies.com owner
Tech Organization: Identity Protection Service
Tech Street: PO Box 786
Tech City: Hayes
Tech State/Province: Middlesex
Tech Postal Code: UB3 9TR
Tech Country: GB
Tech Phone: +44.1483307527
Tech Phone Ext:
Tech Fax: +44.1483304031
Tech Fax Ext:
Tech Email: 8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org
```

 © 2023 DomainTools, LLC All Rights Reserved

```
Name Server: NS-621.AWSDNS-13.NET
Name Server: NS-194.AWSDNS-24.COM
Name Server: NS-1030.AWSDNS-00.ORG
Name Server: NS-1800.AWSDNS-33.CO.UK
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

© 2023 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for LegalonTechnologies.com

DomainTools has 2 distinct historical ownership records for LegalonTechnologies.com. The oldest record dates Aug 20, 2022. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2023 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 21, 2023

No adjacent screenshot available for this date.

```
Domain Name: legalontechnologies.com
Registry Domain ID: 2719209855_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.amazon.com
Registrar URL: https://registrar.amazon.com
Updated Date: 2023-04-19T08:52:14Z
Creation Date: 2022-08-19T03:05:32Z
Registrar Registration Expiration Date: 2023-08-19T03:05:32Z
Registrar: Amazon Registrar, Inc.
Registrar IANA ID: 468
Registrar Abuse Contact Email: abuse@amazonaws.com
Registrar Abuse Contact Phone: +1.2067406200
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: On behalf of legalontechnologies.com owner
Registrant Organization: Identity Protection Service
Registrant Street: PO Box 786
Registrant City: Hayes
Registrant State/Province: Middlesex
Registrant Postal Code: UB3 9TR
Registrant Country: GB
Registrant Phone: +44.1483307527
Registrant Phone Ext:
Registrant Fax: +44.1483304031
Registrant Fax Ext:
Registrant Email: 8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org
Registry Admin ID: Not Available From Registry
Admin Name: On behalf of legalontechnologies.com owner
Admin Organization: Identity Protection Service
Admin Street: PO Box 786
Admin City: Hayes
Admin State/Province: Middlesex
Admin Postal Code: UB3 9TR
Admin Country: GB
Admin Phone: +44.1483307527
Admin Phone Ext:
Admin Fax: +44.1483304031
Admin Fax Ext:
Admin Email: 8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org
Registry Tech ID: Not Available From Registry
Tech Name: On behalf of legalontechnologies.com owner
Tech Organization: Identity Protection Service
Tech Street: PO Box 786
Tech City: Hayes
Tech State/Province: Middlesex
Tech Postal Code: UB3 9TR
Tech Country: GB
Tech Phone: +44.1483307527
Tech Phone Ext:
Tech Fax: +44.1483304031
Tech Fax Ext:
Tech Email: 8eb8cb70-e9cb-466e-82d3-8d9ab697f8df@identity-protect.org
Name Server: NS-621.AWSDNS-13.NET
Name Server: NS-194.AWSDNS-24.COM
Name Server: NS-1030.AWSDNS-00.ORG
```

 © 2023 DomainTools, LLC All Rights Reserved

```
Name Server: NS-1800.AWSDNS-33.CO.UK
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

© 2023 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 20, 2022

No adjacent screenshot available for this date.

```
Domain Name: legalontechnologies.com
Registry Domain ID: 2719209855_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.amazon.com
Registrar URL: https://registrar.amazon.com
Updated Date: 2022-08-19T03:17:20Z
Creation Date: 2022-08-19T03:05:32Z
Registrar Registration Expiration Date: 2023-08-19T03:05:32Z
Registrar: Amazon Registrar, Inc.
Registrar IANA ID: 468
Registrar Abuse Contact Email: abuse@amazonaws.com
Registrar Abuse Contact Phone: +1.2067406200
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: On behalf of legalontechnologies.com owner
Registrant Organization: Identity Protection Service
Registrant Street: PO Box 786
Registrant City: Hayes
Registrant State/Province: Middlesex
Registrant Postal Code: UB3 9TR
Registrant Country: GB
Registrant Phone: +44.1483307527
Registrant Phone Ext:
Registrant Fax: +44.1483304031
Registrant Fax Ext:
Registrant Email: bcec8e12-c0bc-4125-9def-2b12489b510b@identity-protect.org
Registry Admin ID: Not Available From Registry
Admin Name: On behalf of legalontechnologies.com owner
Admin Organization: Identity Protection Service
Admin Street: PO Box 786
Admin City: Hayes
Admin State/Province: Middlesex
Admin Postal Code: UB3 9TR
Admin Country: GB
Admin Phone: +44.1483307527
Admin Phone Ext:
Admin Fax: +44.1483304031
Admin Fax Ext:
Admin Email: bcec8e12-c0bc-4125-9def-2b12489b510b@identity-protect.org
Registry Tech ID: Not Available From Registry
Tech Name: On behalf of legalontechnologies.com owner
Tech Organization: Identity Protection Service
Tech Street: PO Box 786
Tech City: Hayes
Tech State/Province: Middlesex
Tech Postal Code: UB3 9TR
Tech Country: GB
Tech Phone: +44.1483307527
Tech Phone Ext:
Tech Fax: +44.1483304031
Tech Fax Ext:
Tech Email: bcec8e12-c0bc-4125-9def-2b12489b510b@identity-protect.org
Name Server: NS-1821.AWSDNS-35.CO.UK
Name Server: NS-831.AWSDNS-39.NET
Name Server: NS-76.AWSDNS-09.COM
```

© 2023 DomainTools, LLC All Rights Reserved

```
Name Server: NS-1467.AWSDNS-55.ORG
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

© 2023 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
|------|-----------|
| Aug 19, 2022 | Amazon Registrar, Inc. |

## Name Server History

| Event Date | Action | New Server | Previous Server |
|------------|--------|------------|-----------------|
| Apr 21, 2023 | Transfer | awsdns-00.org | awsdns-55.org |
| Aug 21, 2022 | New | awsdns-55.org | - |

## IP Address History

No records found for this domain.

© 2023 DomainTools, LLC All Rights Reserved

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

No records found for this domain.

This report includes 0 records from Aug 19, 2022 to Apr 21, 2023.

© 2023 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as LegalonTechnologies.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as LegalonTechnologies.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 376hbg.org | - | Identity Protection Service |
| 3m1hqp0r9w.com | Jun 16, 2021 | Domains By Proxy, LLC |
| accen.org | - | Identity Protection Service |
| agilegvp.com | Dec 21, 2016 | Identity Protection Service |
| akerag.io | - | Aker Technologies |
| albanyrotary.com | Mar 3, 2017 | Identity Protection Service |
| amenify.com | Aug 31, 2013 | Domains By Proxy, LLC |
| americandreamfreight.com | Mar 3, 2021 | Identity Protection Service |
| argama.io | - | Argama Systems LLC |
| avasecure.com | Mar 16, 2019 | Whois Privacy Protection Service by onamae.com |
| bancard.info | - | DB Fernverkehr AG |
| c21powerhomesguzmangroup.com | Apr 28, 2021 | Identity Protection Service |
| cbp-europe.com | Oct 21, 2016 | Flexco |
| ccart.io | - | Domains By Proxy, LLC |
| circable.net | Dec 1, 2013 | Domains By Proxy, LLC |
| cloud-aws.net | Dec 16, 2022 | Identity Protection Service |
| consilialogistics.com | Dec 19, 2017 | Whois Privacy Protection Service, Inc. |
| degalaxy.org | - | Domains By Proxy, LLC |
| desenvolvedor.software | - | Privacy Protect, LLC (PrivacyProtect.org) |
| divop.io | - | REDACTED FOR PRIVACY (DT) |
| dummychord.org | - | Identity Protection Service |
| engelmig.com.br | - | Engelmig Energia Ltda. |
| f1veiculosrj.com.br | - | - |
| faculty.ai | - | - |
| flagstaff-software.com | Sep 27, 2020 | Identity Protection Service |
| fratelispizzeria.net | Dec 27, 2016 | Redacted for Privacy Purposes |
| gaapartmenthomes.com | Sep 15, 2006 | Apartments 24-7.com |
| gacyberacademy.com | Dec 14, 2009 | K12 Inc. |
| getnudje.com | Jul 5, 2021 | Identity Protection Service |
| getzenheater.com | Jan 22, 2020 | Identity Protection Service |
| graend.dev | - | Graend Company Oy |
| grupoomg.com | Dec 30, 2009 | Identity Protection Service |
| haggardfuneralhome.com | Jan 14, 2008 | Domains By Proxy, LLC |
| hitch.works | - | Hitch Works, Inc. |
| holy-100.xyz | - | - |

 © 2023 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| institutocomayagua.net | Nov 27, 2009 | Identity Protection Service |
| izsh.co.kr | - | LEE JIHUN |
| jotore.com | Aug 19, 2013 | Whois Privacy Protection Service by onamae.com |
| juulvapor.hu | - | - |
| juulvapor.sx | - | REDACTED FOR PRIVACY (DT) |
| kamasalach.pl | - | - |
| kbvip36.com | Mar 5, 2021 | Domains By Proxy, LLC |
| krh.org.uk | - | - |
| kwninja.com | Aug 19, 2021 | REDACTED FOR PRIVACY |
| kyct.xyz | - | UBIRCH |
| lagi-group.ge | - | - |
| lgd-bymarkingram.com | Oct 18, 2021 | Domains By Proxy, LLC |
| libertyrent.com | Aug 8, 2007 | Identity Protection Service |
| licandia.de | - | - |
| lsty627.com | Jun 4, 2021 | Domains By Proxy, LLC |
| lumedeodorantsucks.com | Mar 31, 2022 | Identity Protection Service |
| managescreentime.com | - | - |
| matusteak.com | Mar 5, 2020 | Domains By Proxy, LLC |
| merlinahomedeco.com.ar | - | MERLI JULIETA |
| minori-shiga.com | Apr 20, 2022 | minorijosanin |
| morlacloud.com | Feb 6, 2023 | Identity Protection Service |
| murraysilverblades.org | - | Murray Silver Blades FSC |
| navig8shipmanagement.com | Jan 25, 2007 | Identity Protection Service |
| nbtcstatuspage.com | Apr 24, 2020 | Identity Protection Service |
| neo3d.live | - | Identity Protection Service |
| nikolaeu.com | May 21, 2015 | REDACTED FOR PRIVACY |
| northleedsmedicalpractice.nhs.uk | - | - |
| nxteam.dev | - | Domains By Proxy, LLC |
| ocesafety.com | Apr 28, 2016 | Identity Protection Service |
| omnivor.media | - | Omnivor |
| panenostro.shop | - | - |
| parkaus.com | Jun 14, 2020 | Identity Protection Service |
| partner-wms.jp | - | Web Marketing Research Institute, Ltd. |
| play-ch.stream | - | Schweizerische Radio- und Fernsehgesellschaft |
| plendar.com | Oct 31, 2018 | Domain Privacy Service FBO Registrant. |
| postpace.com | May 12, 2020 | Privacy service provided by Withheld for Privacy ehf |
| readyfive.social | - | Identity Protection Service |
| reguscars.co.uk | - | - |
| reidphotos.com | Jan 11, 2019 | Identity Protection Service |
| retinolrecover.com | Apr 23, 2018 | Contact Privacy Inc. Customer 0151339293 |
| seonbae.co.kr | - | KIM JEONG EUN |
| servoy-cloud.eu | - | - |
| sicilyhotels.com | Jan 29, 1999 | Studio Scivoletto |
| snoezelen.se | - | - |
| sonoranmoms.com | May 17, 2007 | The E. W. Scripps Company |

 © 2023 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| sophotio.com | Feb 10, 2021 | Domains By Proxy, LLC |
| stillhouse.com | Aug 30, 2002 | Bacardi & Company Limited |
| suufamily.com | Jun 18, 2022 | Whois Privacy Protection Service by onamae.com |
| theartofporn.org | - | Identity Protection Service |
| thefabricantgroup.com | Sep 24, 2021 | Privacy service provided by Withheld for Privacy ehf |
| thekydom.com | Jul 22, 2019 | Identity Protection Service |
| topdoctorcoloradosprings.com | Sep 30, 2011 | Everyday Health Inc. |
| triadcw.com | Jan 26, 2012 | Hearst Properties Inc. |
| unschlagbarsender.de | - | - |
| usrochenewhirejourney.com | May 14, 2021 | Identity Protection Service |
| vcentercloud.com | Jul 12, 2012 | - |
| vermontk12.com | Aug 6, 2010 | K12 Inc. |
| verri.io | - | REDACTED FOR PRIVACY |
| villageatkearneyapartments.com | Jan 4, 2021 | REDACTED FOR PRIVACY (DT) |
| virtualproduction.com.sg | - | WILL DYLAN |
| wefarm.app | - | Domains By Proxy, LLC |
| wesmerica.com | Feb 28, 2023 | Identity Protection Service |
| wgbhdigital.org | - | Identity Protection Service |
| xboxpower.com.br | - | Thiago dos Santos Silva |
| xenonfield.com | Feb 10, 2009 | Privacy service provided by Withheld for Privacy ehf |

© 2023 DomainTools, LLC All Rights Reserved