Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorney for Plaintiff,
LegalForce RAPC Worldwide P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEGALFORCE RAPC WORLDWIDE, P.C.

Plaintiff,

v.

LEGALFORCE, INC., a Japanese corporation,

Defendant.

Case No. : 3:22-cv-03724-TLT

**DECLARATION OF HIROFUMI TADA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Date:
Time: 2 P.M.
Dept.: Courtroom 9
Judge: Honorable Trina L. Thompson

1. I, Hirofumi Tada, make this Declaration of Hirofumi Tada in support of Plaintiff's Opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

2. The matters stated in this declaration are true of my personal knowledge, and if called upon to do so, I could and would testify competently thereto.

3. I am a licensed attorney in Japan, and a member of the Daiichi Tokyo Bar Association.

4. I am also a licensed attorney in the State of California SBN 338458.

5. I hold a LL.M degree from the University of California at Berkeley.

6. I hold a J.D. degree from the Waseda University Law School in Japan.

7. I hold a LL.B. degree from the University of Tokyo in Japan.

8. I am fluent in both Japanese and English.

9. I am an attorney at Ohno & Partners in Japan, focusing my practice on intellectual property law, including trademark law and unfair competition since 2015.

10. On January 20, 2023, approximately six months after the initial complaint in this case Case No.:3:22-cv-03724-TLT was filed, LegalForce, Inc. ("Defendant" in this case), a Japanese corporation filed a retaliatory lawsuit against the Plaintiff LegalForce RAPC Worldwide P.C. ("LegalForce", "Plaintiff" in this case).

11. I am counsel to the Plaintiff in the Japanese lawsuit, but I am not counsel to the Plaintiff in the instant U.S. proceeding.

12. **Ex. 1** is a true and correct copy of a Complaint to the Japanese lawsuit captioned *LegalOn Technologies, Inc. v. LegalForce RAPC Worldwide P.C.*, Case number 2023 (Wa) 70022 filed in the Tokyo District Court by the Defendant LegalOn Technologies, Inc. ("Defendant") on January 20, 2023 ("Japanese Complaint").

13. In the Japanese Complaint of **Ex. 1**, the Defendant admits that Defendant raised venture capital funds for the purpose for expansion into the United States.

14. Specifically, in areas which I highlighted with red-outline ▭, the Defendant admits in the Japanese Complaint of **Ex. 1.**, translated by me from Japanese to English as follows:

> "The Defendant [the Plaintiff in the instant proceeding] filed this lawsuit in the U.S on June 24, 2022, the day after the Plaintiff [the Defendant in the instant

proceeding] issued a press release regarding financing for expansion into the U.S."

**Red-outline ▭ section, Ex. 1.**

15. **Ex. 2** is a true and correct copy of a Japanese article translated by me from Japanese to English having the headline *"LegalForce Raised 13.7 billion JPY in Series D Round of Funding - International Expansion Also Revealed*" dated June 24, 2022, in a web media named "ZD NET."

16. The Defendant admits that they had a specific plan to expand its business to the United States in **Ex. 2**.

17. Specifically, the areas which I highlighted with red-outline ▭ in **Ex. 2**, describe admissions by Mr. Nozomu Tsunoda, chief executive officer of the Defendant, translated by me from Japanese to English as follows:

> LegalForce, which provides the contract review platform LegalForce and the artificial intelligence (AI) contract management system LegalForce Cavine, announced on June 23 a total of approximately 13.7 billion JPY in Series D round funding and overseas expansion. … With this funding, Mr. Tsunoda announced overseas expansion as a new business. … It is told that they are considering expanding first to English-speaking countries, with a particular focus on the United States. 'There are more than 1,000 legal tech start-ups in the English-speaking world, but it is still in its infancy, and there is a lot of potential,' said Mr. Tsunoda, citing the fact that there are currently no services similar to the company's flagship product, LegalForce. … It is told that they hope to complete the market research and launch the initial product by March 2023. The strategy is to create a product that is adapted to the U.S. market and contractual practices, rather than to introduce an English-language version of a product that is currently being developed in Japan. In order to expand overseas, a Global Strategy Department has been established, and Mr. JP Biard has been appointed as the head of the department.

**Red-outline ▭ section, Ex. 2.**

18. **Ex. 2** displays a slide apparently prepared by the Defendant depicting an orange cell in the slide admits that, translated by me from Japanese to English, as follows "there is no leading companies" that provide "contract review assistance" in the United States:

世界的にもユニークなプロダクト LegalForce

| | 契約審査支援 | CLM／契約管理 |
|---|---|---|
| | LegalForce | LegalForce キャビネ |
| | 有力企業不在 | ユニコーンが複数存在<br>Ironclad Icertis<br>ContractPodAi |

19. **Ex. 3** is a true and correct copy of Japanese article translated by me from Japanese to English having the headline "*Legal Force's 13.7 billion JPY Raise 'Lowered Valuations and Raised Amounts' and 'Some Investors Left Because of the Recession*,'" dated June 29, 2022, in a web media named "Business Insider."

20. In **Ex. 3**, the Defendant admits that it has a plan to expand its business to the United States with the 13.7 billion JPY funds raised (approximately $100 million USD).

21. Specifically, in areas which I highlighted with red-outline ▭ in **Ex. 3**, describe admissions of Mr. Akira Ohki, executive officer of the Defendant in charge of corporate planning as of the date, translated by me from Japanese to English as follows:

> According to the speaker, Mr. Akira Ohki (executive officer in charge of corporate planning at LegalForce [the Defendant]), the company began preparing for the fundraising in the summer of 2021. … The company plans to use the funds raised to expand into the United States. 'We are aware that there are very few contract review companies in the U.S. that are as large as we are. There are concerns about the weak yen, but there is a possibility that it will go further, and I do not think we should be pulled in too far by that.

**Red-outline ▭ section, Ex. 3.**

22. **Ex. 4** is a true and correct copy of Japanese article translated by me from Japanese to English having the headline "*LegalForce Raised 13.7 billion JPY in Funding, 'Software Should Be the Norm in Legal Services,' Legal Tech Venture President Mr. Tsunoda Says 'He Hopes to Expand into the U.S. Next Year*,'" dated June 24, 2022, in a web media named "Ascii Start Up."

23. In **Ex. 4**, the Defendant admits to its plan to expand its business to the United States.

24. Specifically, in areas which I highlighted with red-outline ▭ in **Ex. 4**, it reported as, translated by me from Japanese to English as follows:

> LegalForce, a legal tech venture, has successfully raised a major 13.7 billion JPY in funding. In the latest Series D investment round, SoftBank Vision Fund 2 was the lead investor, with new participation from Sequoia China and Goldman Sachs. 'We want to enter the U.S. market by March 2023,' said Mr. Nozomu Tsunoda, president and representative director of the company.
>
> **Red-outline ▭ section, Ex. 4.**

25. **Ex. 5** is a true and correct copy of the Defendant's website page https://legalontech.jp/company/ which shows a picture of two individuals under the description translated by me from Japanese to English admitting that "April 2017: Founded LegalForce [the Defendant]," and therefore suggesting that the Defendant was founded by these two individuals in the picture in April 2017. **Red-outline ▭ section, Ex. 5.**

26. **Ex. 5** also admits in a sentence as translated by me from Japanese to English that "June 2022: Funded a total of approximately 13.7 billion JPY in the Series D round." **Red-outline ▭ section, Ex. 5.**

27. **Ex. 5** further admits in a sentence as translated by me from Japanese to English that "September 2022: Number of companies using LegalForce exceeded 2,500." **Red-outline ▭ section, Ex. 5.**

28. **Ex. 6** is a true and correct copy of a press release on the Defendant's web page https://legalontech.jp/5491/ dated December 1, 2022.

29. **Ex. 6** shows an article translated by me from Japanese to English with the headline "*'Announcement of Corporate Name Change' We change our name from 'LegalForce' to 'LegalOn Technologies' and starting our global operations.*" **Red-outline ▭ section, Ex. 6.**

30. **Ex. 6** also admits in a sentence as translated by me from Japanese to English that "The names of the AI contract review platform 'LegalForce' and the AI contract management system 'LegalForce Cabinet' will remain unchanged and will continue to be offered as before." **Red-outline ▭ section, Ex. 6.**

31. **Ex. 7** is a true and correct copy of a public record of a registered U.S. trademark application No. 85785842 filed and owned by the Plaintiff on November 21, 2012, and registered on June 4, 2013 for the Mark Literal Elements "LF LEGALFORCE" logo mark. It shows the new design mark next to the words LegalForce as follows:




32. **Ex. 8** is a true and correct copy of a public record of a Japanese registered trademark No. 6529776 filed and owned by the Defendant. It shows that it was filed on July 8, 2021, and registered on March 17, 2022. It further shows that the mark is pronounced as LF by describing that "[Pronunciation (reference information)]: ɛl ɛf." The mark is shown below:



33. **Ex. 9** is a true and correct copy of the Defendant's web page https://legalontech.jp/4882/ dated September 22, 2022, marketing its product translated by me from Japanese to English with the headline "*AI contract review platform 'LegalForce,' register with Okta's 'Okta Integration Network' - Single sign-on (SSO) with LegalForce can be set up in a few clicks.*" In this page, the mark below is used in commerce as :




34. **Ex. 10** is a true and correct copy of a public record of a U.S. trademark application No. 79347079 filed and owned by the Defendant, the mark was only recently abandoned on February 7, 2023. " The mark is shown below:



35. **Ex. 11** is a true and correct copy of the Defendant's web page, https://en.legalontech.jp/ as of May 24, 2023.

36. The website in **Ex. 11** provides an English version which can be selected by clicking "EN," and this version is written in English.

37. The website in **Ex. 11** continues to advertise the mark below as of May 24, 2023 after the Defendant's Motion to Dismiss the Second Amended Complaint was filed in this Case No.:3:22-cv-03724-TLT on May 16, 2023:




38. In **Ex. 11**, the characters L and F in the design mark portion, and the alphanumeric characters LEGALFORCE are purely in Roman characters, not in Japanese characters are advertised on the English version website in **Ex. 11** as of May 24, 2023.

39. **Ex. 12** is a true and correct copy of a public record of a Japanese trademark No. 6661133 filed and owned by the Defendant. It shows that it was filed on October 7, 2022, and registered on January 11, 2023. The mark is shown below:



40. **Ex. 13** is a true and correct copy of a public record of a U.S. trademark application No. 97799190 filed and owned by the Defendant on February 17, 2023. The mark is shown below:



41. In the above-mentioned **Ex. 5**, of the Defendant's Japanese website page https://legalontech.jp/company/ the logo marks in **Ex. 12** and **Ex. 13** are advertised in commerce to be used in conjunction with the name LegalOn Technologies as follows:




42. **Ex. 14** is a true and correct copy of a public record of a Japanese trademark No. 6661144 filed on October 18, 2022, registered on January 11, 2023, and owned by the Defendant. It shows the new design mark next to the words LegalOn Technologies as follows:




43. **Ex. 15** is a true and correct copy of a public record of a U.S. trademark application No. 97799217 filed on February 17, 2023 and owned by the Defendant. It shows the new design mark next to the words LegalOn Technologies as follows:




44. **Ex. 16** is a true and correct copy of the Defendant's web page, www.legalontech.com. When the browser loads to www.legalontech.com, the default language is English. This website does not default to Japanese, it is written purely in English. Moreover, this website advertised in commerce as of May 24, 2023 services using the mark below:

LegalOn
Technologies

45. In **Ex. 16**, the characters L and F in the design mark portion, and the alphanumeric characters LegalOn are purely in Roman characters, not in Japanese characters are advertised on the English version website in Ex. 16 as of May 24, 2023.

46. I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Respectfully submitted on **May 25, 2023**

/s/______________________
Hirofumi Tada