# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C<br><br>    Plaintiff,<br><br>    v.<br><br>LEGALFORCE, INC.,<br><br>    Defendant. | Case No.: 22-cv-03724 TLT<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING TENTATIVE RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON OCTOBER 3, 2023 AT 2:00 P.M.

The Court **tentatively GRANTS** Defendant's Motion to Dismiss on the basis that there is no subject matter or personal jurisdiction.

The Court has reviewed the parties' briefs and, thus, does not wish to hear the parties re-argue matters already addressed in those papers. Each party shall have fifteen (15) minutes to address the following questions:

1) Any legal authority for the assertion that advertising or selling equity in a private company is considered a "use in commerce" under the Lanham Act?

2) What specific harm did Plaintiff experience because of Defendant's alleged trademark infringement?

3) Any legal support or authority for specific jurisdiction related to filing a trademark or operating a foreign website?

4) Any other facts or allegations connecting LegalForce, Inc. with LegalOn Technologies?

If the parties intend to rely on authorities not cited in their briefs, they must notify the Court and opposing counsel of these authorities 48 hours in advance of the hearing by filing a statement of supplemental authorities, with pinpoint citations, and without argument or additional briefing. *Cf.* Civil L. R. 7-3(d). Copies of the cases should not be filed in the docket, but rather, Counsel will be required to email the supplemental authorities to the Courtroom Deputy at tltcrd@cand.uscourts.gov. The parties will be given the opportunity at oral argument to explain their reliance on such authority. The Court encourages that junior associates or of counsel attorneys who are working on this case be permitted to address some or all the Court's questions.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
**TRINA L. THOMPSON**
**UNITED STATES DISTRICT COURT JUDGE**