1  RAJ V. ABHYANKER, California SBN 233284
   Email: raj@legalforcelaw.com
2

3

4  LEGALFORCE RAPC WORLDWIDE, P.C.
   1580 W. El Camino Real, Suite 10
   Mountain View, CA 94040
5  Telephone:    (650) 965-8731
   Facsimile:    (650) 989-2131
6

7  Counsel for Appellant, LegalForce RAPC Worldwide P.C.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  LEGALFORCE RAPC WORLDWIDE,              Case No.:3:22-cv-03724-TLT
    P.C., a California S corporation,
14                                          **NOTICE OF APPEAL**

15              Plaintiff, Appellant

16       v.

17                                          Notice Date:      October 17, 2023
    LEGALFORCE, INC., a Japanese
18  corporation,

19              Defendant, Appellee

20

21

22

23

24

25

26

27

28

1

**PLEASE TAKE NOTICE** that LegalForce RAPC Worldwide P.C. ("Plaintiff",

2    "Appellant") hereby appeal this Court's Order Granting Defendant's Motion to Dismiss the

3    Plaintiff's Second Amended Complaint Dkt #95, entered on October 17, 2023 to the United

4    States Court of Appeals for the Ninth Circuit.

5

6        Respectfully submitted,

7

8    Dated: October 17, 2023                          /s/ Raj Abhyanker

9

10                                                   _____

11                                                   Raj Abhyanker
                                                      Appellant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28