UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br>LEGALFORCE, INC., <br><br>　　　　　　　Defendant. | Case No. 22-cv-03724-TLT <br><br>**JUDGMENT** <br><br>Re: ECF No. 130 |

On October 17, 2023, the Court granted a motion to dismiss motion.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 18, 2023

_____
TRINA L. THOMPSON
United States District Judge